**Order entered September 17, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00450-CR
### No. 05-21-00451-CR

## TERRANCE JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-51224-K & F17-51223-K**

## ORDER

Before the Court is court reporter Charon Evans' September 14, 2021 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by September 27, 2021.

/s/    ERIN A. NOWELL
          JUSTICE